IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-03065-WYD

VINCENT P. VIALPANDO,

     Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

     Defendant.
_____

**ORDER**
_____

THIS MATTER is before the Court on the parties' Stipulated Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412 filed June 18, 2015.  The Court, having reviewed the motion and being fully advised in the premises,

ORDERS that the Stipulated Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412 is **GRANTED**.  In accordance therewith, it is

ORDERED that Defendant will pay Plaintiff a total of $5,250.00 (representing 27.8 hours of work at $188.93 per hour) under the Equal Access to Justice Act ["EAJA"].  It is

FURTHER ORDERED that if, after receiving the Court's EAJA fee order, the Commissioner determines that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program and agrees to waive the requirements of the Anti-

Assignment Act, then the EAJA fees shall be made payable to Plaintiff's attorney. However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset shall be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.

      Dated:  June 29, 2015

                    BY THE COURT:

                    s/ Wiley Y. Daniel
                    Wiley Y. Daniel
                    Senior United States District Judge